## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROSA LEE KLANESKI,               :

                                 :      CIVIL ACTION NO. 3:26-00523

    Plaintiff,            :

                                 :

v.                             :

                                 :

SIMM ASSOCIATES, INC.,       :

                                 :

                               :      APRIL 6, 2026

    Defendant.         :

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a), Defendant, Simm Associates, Inc. ("Defendant"), hereby gives notice that it is timely removing this civil action from the Superior Court for the State of Connecticut, Judicial District of New Britian Small Claims Session to the United States District Court for the District of Connecticut, because Plaintiff's suit involves violations of federal law. In support of this Notice of Removal, Defendant states as follows:

### I.      NATURE OF THE CASE

1.      Simm Associates, Inc., is a defendant in an action pending in the Superior Court of the State of Connecticut, Judicial District of New Britian, Small Claims Session, Case No. HHB-CV-26-6104130-S ("the State Court Action") which was filed on March 16, 2026, by Plaintiff Rosa Lee Klaneski ("Plaintiff").

2.      Defendant was served with the Small Claims Writ and Notice of Suit in the State Court Action on March 16, 2026.

### II.      REQUIREMENTS FOR REMOVAL

3.      This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b), because it is being filed within thirty days after service on the Defendant, which was Defendant's first receipt of the Complaint.

4.      This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(c), because it is being filed less than one year after commencement of the action.

4.      The Complaint was filed in the State of Connecticut, Judicial District of New Britian, Small Claims Session.  Accordingly, venue is proper in the United States District Court for the District of Connecticut.

5.      The named Defendant, who is represented by undersigned counsel, consents to removal.  There are no other defendants to consent.

6.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed and served to date in the action are attached hereto as Exhibit A.

7.      Pursuant to 28 U.S.C. § 1446(d), will promptly give written notice of the filing of this Notice of Removal to all counsel of record and will file true and accurate copy of that notice with the Clerk of the Clerk of the State of Connecticut, Judicial District of New Britian, Small Claims Session. A true and accurate copy of the Notice of Filing of the Notice of Removal is attached hereto as Exhibit B.

### III.    <u>STATUTORY BASIS FOR FEDERAL JURISDICTION</u>

8.      Removal of this action is proper under 28 U.S.C. § 1441. The Court has federal law jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) as it is a civil action involving violations of federal law.

9.      In light of the allegations set forth in the Small Claims Complaint, it is proper to remove the State Court Action to the United States District Court, District of Connecticut pursuant to 28 U.S.C. §§ 84(c)(2), 1331, 1441(a) insofar as the state court where the lawsuit was pending is located in this district.  28 U.S.C. § 1441 ("Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

10.     Since this case arises out of alleged violations of the Fair Debt Collection Practice Act, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

11.     In removing this action, Defendant does not intend to waive any rights or defenses to which it is otherwise entitled.

## IV.    PRAYER FOR RELIEF

12.     Because of the action involves violations of federal law, Defendant respectfully requests that this Court assume jurisdiction over this action and proceed with its handling as if it had been filed in the United States District Court for the District of Connecticut.

KAUFMAN DOLOWICH, LLP

By:     /s/ *Stacey L. Pitcher*
Stacey L. Pitcher, Esq. (ct27111)
*Attorneys for Defendant*
195 Church Street, 4th Floor
New Haven, CT 06510
stacey.pitcher@kaufmandolowich.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of his filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Stacey L. Pitcher*
Stacey L. Pitcher, Esq.